Noe Raquinio

P.O. Box 383444

Waikoloa, Hi 96738

808-765-5157

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
01 June 2021 5:56 PM lrs
Michelle Rynne, Clerk of Court

## UNITED STATES FEDERAL DISTRICT COURT
## DISTRICT OF HAWAII

| | | |
|---|---|---|
| Noe Raquinio | ) | CIVIL NO. 21-00255-LEK-WRP |
| Plaintiff, | ) | COMPLAINT "PREMISES LIABILITY" |
| | ) | [RESORT SECURITY] NEGLIGENCE |
| | ) | 42-USC- 1983 CIVIL ACTION FOR |
| vs. | ) | DEPRIVATION OF RIGHTS |
| | ) | DEMAND FOR JURY TRIAL |
| | ) | CERTIFICATE OF SERVICE |
| KOANAIKI RESORT | ) | |
| Defendant. | ) | |

### COMPLAINT PREMISES LIABILITY [RESORT SECURITY] NEGLIGENCE 42 -USC-1983 CIVIL ACTION FOR DEPRIVATION OF RIGHTS DEMAND FOR JURY TRIAL

Comes now Noe Raquinio Plaintiff , and brings this action for damages against defendants Koanaiki Resort , and in support hereof wouldn't respectfully show unto the court the following facts and matters , to-wit:

1. plaintiff is resident of the State of Hawaii , who dress is labeled above in left hand corner.

2. Defendants is Koanaiki Resort that resides in kailua Kona , State of whos address is 73-2055 ala Koanaiki Kailua Kona, Hawaii 96745.

3. the cause of action which is the subject of this suit occurred and accused in Hawaii County.

4. Plaintiff suit against Resort is fully documented supported by Dr. Reddy of Aliii health center , Dr John F. Graham from Queens hospital Honolulu. All medical reports are updated and current. in support of my suit . against Defendants and there security employees.

## STATEMENT OF THE CASE

On Sept. 26, 2020 Plaintiff was going to surf at Koanaiki beach also known as [Pinetrees]. As I arrived I came across the entrance to county beach was closed. On my way in I question Koanaiki resort security about why the gate was closed and they had no answer so with my skateboard and surfboard I headed to security shack who I confronted a short middle age man cleanly bald around same age as me which was not mr. Palikio in reference to defendants version of story. Quickly the guard came mad and transformed into an argumentative discussion that came to an end by resort security calling HPD at the same time I removed myself and went on my merry way heading toward the ocean. The guard threaten to call the cops in which he did so, at that same time I called 911 from my cellphone for my protection at 9:21 am. Shortly after that call I was run down by a white male officer driving a black Toyota 4 runner got out and had his way with me then intentionally used excessive force and using the same move that killed George Floyed was applied to me. In the end of all the physical abuse that went on for more than 20 minutes unable sit up i requested a ambulance for medical attention in which i was denied and there was no resort security no managers or any resort rep present which is negligence act depriving a innocent man common rights under Premises Liability law. I then went to Waimea emergency room at north community hospital. The following day I went to my PCP doctor Dr. peal, he then ordered MRI XRAY based on the injuries I was then sent to see specialist Dr. Jon f Graham for the injury to my lower back which requires fusion of the spine, to my l4 disc ,a second Dr. who a shoulder specialist, Dr. Reddy from Alii health center who performed a surgical operation to the injuries to my right shoulder at which I am recovering from currently. *The lumbar fusion that Dr. GRAHAM WILL BE PERFORMING will cost 175,000.00 which HMSA WILL ONLY APPROVE AND AUTHORIZE Dr. Graham once I've completed the preliminary protocol which I am at the*

final stage which is steroid injections which has already begun wear off, give or take within the next 1- 2 years.

## II
### JURISDICTION

This Court has Jurisdiction and is to be herd before this court. The action took place in the State of Hawaii allowing this court to here this case. Under section 42 USC §1983. **Civil action for deprivation of rights** Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.
(R.S. §1979; Pub. L. 96–170, §1, Dec. 29, 1979, 93 Stat. 1284; Pub. L. 104–317, title III, §309(c), Oct. 19, 1996, 110 Stat. 3853.)

## III
### VIOLATIONS

The defendants action violated HRS §520-4 **Liability of owner limited.** (a) Except as specifically recognized by or provided in section 520-6, an owner of land who either directly or indirectly invites or permits without charge any person to use the property for recreational purposes does not:

   (1) Extend any assurance that the premises are safe for any purpose;

   (2) Confer upon the person the legal status of an invitee or licensee to whom a duty of care is owed;

   (3) Assume responsibility for, or incur liability for, any injury to person or property caused by an act of omission or commission of such persons; and

   (4) Assume responsibility for, or incur liability for, any injury to person or persons who enter the premises in response to an injured recreational user.

   (b) An owner of land who is required or compelled to provide access or parking for such access through or across the owner's property because of state or county land use, zoning, or planning law, ordinance, rule, ruling, or order, to reach property used for recreation purposes, or as part of a habitat conservation plan, or safe harbor agreement, shall be afforded the same protection as to such access, including parking for such access, as an owner of land who invites or permits any person to use that owner's property for recreational purposes under subsection (a). [L 1969, c 186, §4; am L 1996, c 151, §2;

am L 1997, c 272, §3 and c 380, §9]

## 2. Section 520-5 - Exceptions to limitations

Nothing in this chapter limits in any way any liability which otherwise exists:

(1) For wilful or malicious failure to guard or warn against a dangerous condition, use, or structure which the owner knowingly creates or perpetuates and for wilful or malicious failure to guard or warn against a dangerous activity which the owner knowingly pursues or perpetuates.

(2) For injury suffered in any case where the owner of land charges the person or persons who enter or go on the land for the recreational use thereof, except that in the case of land leased to the State or a political subdivision thereof, any consideration received by the owner for such lease shall not be deemed a charge within the meaning of this section.

(3) For injuries suffered by a house guest while on the owner's premises, even though the injuries were incurred by the house guest while engaged in one or more of the activities designated in section [ 520-2 ].
HRS § 520-5

## 3. Duty of Care

The duty of care stands for the principle that directors and officers of a corporation in making all decisions in their capacities as corporate fiduciaries, must act in the same manner as a reasonably prudent person in their position would.

Courts will generally adjudge lawsuits against director and officer actions to meet the duty of care, under the business judgment rule. The business judgment rule stands for the principle that courts will not second guess the business judgment of corporate managers and will find the duty of care has been met so long as the fiduciary executed a reasonably informed, good faith, rational judgment without the presence of a conflict of interest. The burden of proof lies with the plaintiff to prove that this standard has not been met. If the the plaintiff meets the burden, the defendant fiduciary can still meet the duty of care by showing entire fairness, meaning that both a fair process was used to reach the decision and that the decision produced a substantively fair outcome for the corporation's shareholders.

Note: Corporations may insert a provision in their articles of corporation that protect directors (not officers) from facing civil liability under the duty of car

4. §663-1.6 - **Duty to assist.**

[§663-1.6] Duty to assist. (a) Any person at the scene of a crime who knows that a victim of the crime is suffering from serious physical harm shall obtain or attempt to obtain aid from law enforcement or medical personnel if the person can do so without danger or peril to any person. Any person who violates this subsection is guilty of a petty misdemeanor.

(b) Any person who provides reasonable assistance in compliance with subsection (a) shall not be liable in civil damages unless the person's acts constitute gross negligence or wanton acts or omissions, or unless the person receives or expects to receive remuneration. Nothing contained in this subsection shall alter existing law with respect to tort liability of a physician licensed to practice under the laws of this State committed in the ordinary course of the physician's practice.

(c) Any person who fails to provide reasonable assistance in compliance with subsection (a) shall not be liable for any civil damages. [L. 1984, c 140, §1]

5. §852-1 **Refusal to provide ingress or egress.**

(a) Whenever ingress to or egress from any public or private place is obstructed by any person or persons in such manner as not to leave a free passageway for persons and vehicles lawfully seeking to enter or leave such place, any law enforcement officer shall direct such person or persons to move so as to provide and maintain a free and unobstructed passageway for persons and vehicles lawfully going into or out of such place. It shall be unlawful for any person to refuse or willfully fail to move as directed by such officer.

(b) As used in this section, "law enforcement officer" means any public servant, whether employed by the State or county, vested by law with a duty to maintain public order, to make arrests for offenses, or to enforce the criminal laws, whether the duty extends to all offenses or is limited to a specific class of offenses. [L Sp 1949, c 9, §1; RL 1955, §297-1; HRS §754-1; ren L 1972, c 9, pt of §1; am L 2002, c 144, §1]

## IV
## DAMAGES

1. Rotator cuff tear to right arm (SURGERY)    8000.00$
2. broken teeth lower left and upper right from sept 26. 2020 1
3. DISC BULDGE AT L4 LUMBAR SPINE (SURGERY)175,000.00$

## V
### PRAY FOR RELIEF

1. I want to be fully compensated to the medical reported known injuries which are
   a. Rotator cuff tear to right arm (SURGERY)
   b. DISC BULDGE AT L4 LUMBAR SPINE (SURGERY)
   c. Pain and Suffering
2. A total amount of monetary compensation of 525,500.00$ is what plaintiff is seeking to recover.

3. Award plaintiff reasonable Attorney fees and cost.

DATE; 5/28/2021        SIGN: _____

Noe Raquinio
P.O. Box 383444
Waikoloa, Hi 96738
808-765-5157

I Noe Raquinio duly swear that all the above information entered in this complaint is the true and under penalty by perjury that this is correct and accurate to the best of my knowledge and understanding and all information is a matter of true fact.

DATED: 5/28/ 2021                SIGN: _____

Noe Raquinio
P.O.Box 383444
Waikoloa, Hi 96738
808-765-5157 mentioned

CERTIFICATE OF SERVICE

I, Noe Kim Raquinio, hereby certify that I am PRO SE (Noe Kim Raquinio) and am of such age and discretion as to be competent to serve papers.
I further certify that on this date I caused a copy of the Motion to be placed in a postage-paid envelope addressed to the defendant(s), at the address(es) stated below, which is (are) the last known address(es) of said defendant(s), and deposited said envelope(s) in the United States mail.

DATED: 5/28 2021                SIGN: _____
Noe Raquinio
P.O.Box 383444
Waikoloa, Hi 96738
808-765-5157