# STARN·O'TOOLE·MARCUS & FISHER
### A LAW CORPORATION

July 22, 2021

Magistrate Judge Wes Reber Porter
United States District Court, District of Hawaiʻi
300 Ala Moana Blvd., Room C-435
Honolulu, Hawaiʻi 96850-0338

      Re:    *Noe Raquinio v. Kohanaiki Community Association*
              Civil No. 1:21-cv-00255 LEK-WRP
              Rule 16 Scheduling Conference

Dear Magistrate Judge Porter:

    I am writing on behalf of Kohanaiki Community Association (**Defendant**)[1] to respectfully request that the Rule 16 Scheduling Conference set for August 2, 2021, be rescheduled pending the Hon. Leslie E. Kobayashi's ruling on Defendant's Motion to Dismiss Complaint filed June 1, 2021 (**Motion**). [Dkt. 13].

    Pursuant to the Electronic Order issued on June 29, 2021, Judge Kobayashi has taken the Motion under advisement, and the Motion will be decided without a hearing. [Dkt. 016].

    In light of the pending ruling and given the possibility that this matter may be dismissed and thereby negate the need for a Rule 16 Scheduling Conference, we ask that the Rule 16 Scheduling Conference, and any associated deadlines, be rescheduled (if necessary) only after the Motion has been decided.

                                        Very truly yours,

                                        /s/ *Robert J. Brown*

                                        Andrew J. Lautenbach
                                        Robert J. Brown

cc:  All parties *(via e-mail)*

---

[1] Defendant was erroneously sued as "Koanaiki Resort".

Pacific Guardian Center, Makai Tower – 733 Bishop Street, Suite 1900 – Honolulu, HI 96813
Telephone: (808) 537-6100 – Fax: (808) 537-5434 – Website: www.starnlaw.com