FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
19 August 2021 8:53 AM lrs
Michelle Rynne, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE <u>FEDERAL</u> DISTRICT OF <u>HAWAII</u>
<u>CIVIL</u> DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

Plaintiff: Noe Raquinio

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Defendant: Kohanaiki Community Association

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**PLAINTIFF AMENDED Complaint for a Civil Case**

Case No. 21-00255-LEK-WRP
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes  ☐ No
*(check one)*

I. The Parties to This Complaint

    A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

    Name: Noe Raquinio
    Street Address: P.O. Box 383444
    City and County: Waikoloa
    State and Zip Code: HI 96738
    Telephone Number: 808-765-5157
    E-mail Address: noeraquinio@icloud.com

    B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

    Name: Kohanaiki Community Association
    Job or Title (if known):
    Street Address: 73-23055 Ala Kohanaiki
    City and County: Kailua-Kona
    State and Zip Code: HI 96745
    Telephone Number: 808-201-1340
    E-mail Address (if known):

Defendant No. 2

    Name: Craig Derosin
    Job or Title (if known): Police Officer
    Street Address: HPD
    City and County: Kailua-Kona

2

State and Zip Code  Hi 96745
Telephone Number  326-4646
E-mail Address
(if known)

Defendant No. 3
Name
Job or Title
(if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address
(if known)

Defendant No. 4
Name
Job or Title
(if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address
(if known)

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 28 USC 1331 - 1336 Section 42 USCS 1983. Negligent Act Civil Right Claim Culp v Devlin (1977, ED PA) 437 F Supp 20. Norton v McKeon (1977, ED PA) 444 F Supp 384, affd without op (1979, CA PA) 601 F2d 575

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

        The plaintiff, *(name)* Noe Raquinio, is a citizen of the State of *(name)* Hawaii.

    b. If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

b.  If the defendant is a corporation

The defendant, *(name)* Kohaniki County Associates is incorporated under the laws of the State of *(name)* Hawaii, and has its principal place of business in the State of *(name)* Hawaii. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

The medical cost for the Damages Exceed the amount of 175,000.00 not Including other cost, Pain suffering. ect.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

This is a negligent claim for Damages (monetary Compensation) for the Injuries sustained by Police officer Craig Denison who attempted to kill me when I Confronted the Association security who was blocking County Beach access around Sept. 26 2020 ordered by Kottaroiki Association who during this time Seized the local County of Hawaii Beach Park known as (Pinetrees), I was further beaten by 10 officers who were dispatched by 911 from my distress Call That I made to 911 on Sept. 26 2020 around 9:20 AM. furthering the use of excessive force.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The damages I suffered was a torn Rotator cuff and seperation of biceps in Right Arm and shoulder, Dislocated. Cost was $7,800.00 for Surgery plus Rehab. The damage to my lumbar spine (L4 Disc), Previous hardware ?? also damaged. Dr. John F. Graham estimated cost to repair is 175,000.00 after I exert all treatmnt. Money Damages. (Innocent)

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/19, 2021.

Signature of Plaintiff     _[signature]_
Printed Name of Plaintiff  Noe Raguinio
                           Pro Se.

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney        _____
Printed Name of Attorney     _____
Bar Number                   _____
Name of Law Firm             _____
Address                      _____
Telephone Number             _____
E-mail Address               _____