# EXHIBIT 3

# PRINTABLE CASE VIEW

**Generated:** 16-JUN-2021 12:05 PM

**Search Criteria: Case ID or Citation Number:** 3CC19100099K

**1 record(s) total**

| Case ID: 3CC19100099K - NOE RAQUINIO VS COUNTY OF HAWAII ETAL<br>Type: CV - Circuit Court Civil<br>Status: INACTIVE - Inactive Case<br>Last Updated: 13-Apr-2020 | Filing Date: MONDAY, APRIL 22, 2019<br>Court: THIRD CIRCUIT<br>Location: KONA DIVISION | |

**Related Cases**

No related cases were found.

**Case Parties**

| Seq # | Assoc | End Date | Type | ID | Name / Aliases |
|---|---|---|---|---|---|
| 1 | | | Plaintiff | @4352780 | RAQUINIO, NOE K |
| 2 | Heroldt, Lerisa Loretta | | Defendant | @4352781 | COUNTY OF HAWAII |
| 3 | Heroldt, Lerisa Loretta | | Defendant | @4352782 | HAWAII POLICE DEPARTMENT |
| 4 | Heroldt, Lerisa Loretta | | Defendant | @4352783 | SEGOBIA, MARCO |
| 5 | Heroldt, Lerisa Loretta | | Defendant | @4352784 | LEWIS, JEREMY |
| 6 | | | Defendant | @4352786 | LEWIS, EDWARD |
| 7 | Heroldt, Lerisa Loretta | | Defendant | @4352787 | HIRAYAMA, KYLE |
| 8 | Heroldt, Lerisa Loretta | | Defendant | @4352789 | HARDIE, MICHAEL |
| 9 | Heroldt, Lerisa Loretta | | Defendant | @4352791 | SMITH, SEAN |

| Seq # | Assoc | End Date | Type | ID | Name / Aliases |
|---|---|---|---|---|---|
| 10 | Young, Calvin E. Hoftiezer, David James | | Defendant | @4352792 | MILLER, FRANK |
| 11 | | 29-OCT-2019 | Other | D3CK3 | Third Circuit Court 3rd Division |
| 12 | | | Attorney | A10001 | St. Sure, Christopher Paul |
| 13 | MILLER, FRANK | | Attorney | A3278 | Young, Calvin E. |
| 14 | MILLER, FRANK | | Attorney | A9976 | Hoftiezer, David James |
| 15 | COUNTY OF HAWAII HAWAII POLICE DEPARTMENT SEGOBIA, MARCO LEWIS, JEREMY HIRAYAMA, KYLE HARDIE, MICHAEL SMITH, SEAN | | Attorney | A7519 | Heroldt, Lerisa Loretta |

**Bail / Bond Information**

No Bails were found.

**Events**

| Event | Parties | Date | Time | Room | Location | Judge | Appearance Disposition |
|---|---|---|---|---|---|---|---|
| Mot for Summary Judgment | NOE K RAQUINIO - Plaintiff Lerisa L Heroldt - Attorney Calvin E Young - Attorney | 12/16/2019 | 03:00:00 | Third Circuit 3rd Division | KONA DIVISION | Kim , Robert | MOO-Moot |
| Hearing on Motion | NOE K RAQUINIO - Plaintiff | 08/12/2019 | 08:30:00 | Third Circuit 3rd Division | KONA DIVISION | Kim , Robert | |
| Hearing on Motion | | 07/01/2019 | 09:00:00 | Third Circuit 3rd Division | KONA DIVISION | Kim , Robert | PGT-Partially Granted |

**Dockets**

| Docket # | Date | Docket | Document Name | Parties | Filing Party |
|---|---|---|---|---|---|
| 1 | 04/22/2019 | Document Converted DOC ID: , Comments: | CIVIL INFORMATION SHEET | All Case Parties | Attorney, Converted |
| 2 | 04/22/2019 | Document Converted DOC ID: , Comments: | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS | All Case Parties | Attorney, Converted |
| 3 | 04/22/2019 | Document Converted DOC ID: , Comments: | COMPLAINT | All Case Parties | Attorney, Converted |
| 4 | 04/23/2019 | Document Converted DOC ID: , Comments: | SUMMONS TO ANSWER CIVIL COMPLAINT | All Case Parties | Attorney, Converted |
| 5 | 04/24/2019 | Document Converted DOC ID: , Comments: NOTE: | RETURN AND ACKNOWLEDGMENT OF SERVICE (HPD DOCUMENTS SERVED CIVIL COMPLAINT AND SUMMONS FOR HPD, MARCO SEGOBIA, JEREMY LEWIS, EDWARD LEWIS, KYLE HIRAYAMA, MICHAEL HARDIE, SEAN SMITH(HPD, AT LAST KNOWN ADDRESS FOR DEFENDANTS (DENIED SERVICE OF DOCUMENTS) | All Case Parties | Attorney, Converted |
| 6 | 04/24/2019 | Document Converted DOC ID: , Comments: | RETURN AND ACKNOWLEDGMENT OF SERVICE (FRANK MILLER WAS SERVED ON 4/23/19 AT PINES CAFE, CIVIL COMPLAINT AND SUMMONS FOR FRANK MILLER) | All Case Parties | Attorney, Converted |
| 7 | 04/24/2019 | Document Converted DOC ID: , Comments: | RETURN AND ACKNOWLEDGMENT OF SERVICE (CORPORATION COUNSEL WAS SERVED ON 4/23/19, CIVIL COMPLAINT AND SUMMONS TO COUNTY OF HAWAII (REPONSIBLE PARTY) CORPORATION COUNSEL | All Case Parties | Attorney, Converted |
| 8 | 05/01/2019 | Document Converted DOC ID: , Comments: | DEFENDANTS NOE RAQUINIO DISCLOSURE OF GENERAL DEFENSES CERITICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 9 | 05/03/2019 | Document Converted DOC ID: , Comments: | PLAINTIFF'S INITIAL DISCLOSURE | All Case Parties | Attorney, Converted |
| 10 | 05/03/2019 | Document Converted DOC ID: , Comments: | CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |

| | | | | | |
|---|---|---|---|---|---|
| 11 | 05/08/2019 | Document Converted DOC ID: , Comments: | MEMORANDUM OF FACT SUPPORTED BY LAW PLAINTIFF'S MOTION FOR JUDGMENT. CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 12 | 05/08/2019 | Document Converted DOC ID: , Comments: | PLAINTIFF MOTION FOR SUMMARY JUDGEMENT CERTIFICATEOF SERVICE | All Case Parties | Attorney, Converted |
| 13 | 05/09/2019 | Document Converted DOC ID: , Comments: | COUNTY DEFENDANTS' MOTION FOR AN ORDER REQUIRING PLAINTIFF TO POST SECURITY; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF LERISA L. HEROLDT; EXHIBITS "1" - "28"; NOTICE OF HEARING; CERTIFICATE OF SERVICE (HRG 07/01/19 9:00 AM JUDGE ROBERT KIM) | All Case Parties | Kamelamela, Joseph K. |
| 14 | 05/13/2019 | Document Converted DOC ID: , Comments: | *****FOR PRIOR ENTRIES, SEE FILE NO. 1*****   PLAINTIFFS' MOTION 12(C) FOR JUDGMENT THE PLEADINGS. CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 15 | 05/13/2019 | Document Converted DOC ID: , Comments: | CASE NO. 19-1-99K RULE 12(C) ORDER FOR JUDGEMENT ON THE PLEADINGS CIRTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 16 | 05/13/2019 | Document Converted DOC ID: , Comments: | MEMORANDUM OF LAW ON PLAINTIFFS' MOTION 12(C) FOR JUDGMENT THE PLEADINGS. CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 134 | 05/14/2019 | Answer | DEFENDANT FRANK MILLER'S ANSWER TO COMPLAINT FILED 4/22/19; CERTIFICATE OF SERVICE (EX OFFICIO) | FRANK MILLER - Defendant | |
| 17 | 05/20/2019 | Document Converted DOC ID: , Comments: | OBJECTION TO DEFENDANTS ORDER REQUIRING TO POST SECURITY. CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 18 | 05/28/2019 | Document Converted DOC ID: , Comments: | CASE NO. 19-1-99K. PLAINTIFF REQUEST DEFENDANT COUNSEL GOODSILL ANDERSON QUINN & STIFEL TO CORRECT THE DEFICIENT ANSWER. CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 19 | 05/28/2019 | Document Converted DOC ID: , Comments: | PLAINTIFF ADDITIOAL EXHIBITS K-O. CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 20 | 06/03/2019 | Document Converted DOC ID: , Comments: | PLAINTIFF ADDITIONAL EXHIBITS P-Z. CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 21 | 06/03/2019 | Document Converted DOC ID: , Comments: | PLAINTIFF ADDITIONAL EXHIBITS P-Z. CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |

| | | | | | |
|---|---|---|---|---|---|
| 22 | 06/10/2019 | Document Converted DOC ID: , Comments: | Sealed | All Case Parties | Attorney, Converted |
| 23 | 06/13/2019 | Document Converted DOC ID: , Comments: | MOTION RULE 20 PERMISSIVE JOINDER OF PARTYS CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 24 | 06/17/2019 | Document Converted DOC ID: , Comments: | MEMORANDUM OF FACT SUPPORTED BY LAW PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS. CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 25 | 06/26/2019 | Document Converted DOC ID: , Comments: | COUNTY DEFENDANTS' REPLY MEMORANDUM TO PLAINTIFF NOE RAQUINIO'S OBJECTION TO DEFENDANTS ORDER REQUIRING TO POST SECURITY, FILED MAY 20, 2019; DECLARATION OF LERISA L. HEROLDT; EXHIBIT "29"; CERTIFICATE OF SERVICE (HRG 7/1/19 AT 9:00 A.M. JUDGE KIM) | All Case Parties | Kamelamela, Joseph K. |
| 26 | 06/26/2019 | Document Converted DOC ID: , Comments: | ERRATA TO COUNTY DEFENDANTS' REPLY MEMORANDUM TO PLAINTIFF NOE RAQUINIO'S OBJECTION TO DEFENDANTS ORDER REQUIRING TO POST SECURITY FILED MAY 20, 2019; DECLARATION OF ROLAND J. TALON; EXHIBIT "29"; CERTIFICATE OF SERVICE (HRG 7/1/19 AT 9:00 A.M. JUDGE KIM) | All Case Parties | Kamelamela, Joseph K. |

| 62 | 07/01/2019 | Minutes<br>DIGITAL RECORDING CC3.19-103/ 2019-7-1/9:11-9:17  CLERK - N. LOO<br>  APPEARANCES:<br>PLAINTIFF PRO SE - N. RAQUINIO<br>CORP COUNSEL -<br> L. HEROLDT            COURT: FINDS THAT RAQUINIO IS A VEXATIOUS    LITIGANT. IF COURT REQUIRES BOND TO BE POSTED IN THIS CASE, HE CANNOT PARTICIPATE.<br>HEROLDT:<br> STATUTE ALLOWS CASE TO BE DISMISSED IFHE IS UNABLE TO POST BOND.<br>COURT:<br> THIS IS AFTER THE FACT. COURT WILL ENTER ORDER THAT ANY FUTURE FILINGS WILL REQUIRE A BOND.<br> HEROLDT: ANY FUTURE ACTION ARISING OUT OF THE  1/11/17 CIRCUMSTANCES.<br> RAQUINIO REQUESTED CLARIFICATION IF BOND IS REQUIRED FOR THIS CASE AND ANY FUTURE CASE.<br> COURT: NOT IN THIS CASE. IT HAS ALREADY     STARTED. NOT STATING COUNTY CAN'T IMPOSE FEES AND<br> COSTS IN THE END. .<br>***RULING***<br>         MOTION IS GRANTED AND DENIED IN PART       NOE RAQUINIO IS DECLARED A<br> VEXATIOUS LITIGANT PURSUANT TO 634J HRS<br>NOE RAQUINIO IS AUTHORIZED TO FILE ANY ACTION, NOT INCLUDING THIS CASE, ON CONDITION BOND FOR   BENEFIT OF PARTIES BE POSTED<br> PRIOR TO FILING BY CLERKS OF ANY PLEADING, DOCUMENT, MOTION, IN    AMOUNT OF $10,000.<br> PRESENTMENT OF BOND TO CLERK ISPRECONDITION TO FILING OF ANY DOCUMENT, MOTION ANDPLEADING.<br> VIOLATION OF THIS ORDER | | All Case Parties | JUDG Kim, Robert |

| | | | SHALL BE PUNISHABLE BY CONTEMPT OF COURT. HEROLDT TO REFERENCE IN THE ORDER THE 1/11/17 ACTION . HEROLDT TO PREPARE THE ORDER | | |
|---|---|---|---|---|---|
| 27 | 07/03/2019 | Document Converted DOC ID: , Comments: | PLAINTIFF'S WITNESS LIST CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 28 | 07/08/2019 | Document Converted DOC ID: , Comments: | NOTICE OF WITHDRAWAL OF MATTHEW B. WEYER AS COUNSEL FOR DEFENDANT FRANK MILLER; CERTIFICATE OF SERVICE | All Case Parties | Young, Calvin E. |
| 29 | 07/09/2019 | Document Converted DOC ID: , Comments: | NOTICE OF HEARING PLAINTIFF'S MOTION 12 (C) FOR JUDGMENT THE PLEADINGS CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 30 | 07/10/2019 | Document Converted DOC ID: , Comments: | SUBPOENA DUCES TECUM OLNEY ROY           ***SUBPOENA SERVED 7/10/2019*** | All Case Parties | Attorney, Converted |
| 31 | 07/10/2019 | Document Converted DOC ID: , Comments: | SUBPOENA DUCES TECUM NICOLE SHEREE ACORDA       ***SUBPOENA SERVED 7/12/2019*** | All Case Parties | Attorney, Converted |
| 32 | 07/10/2019 | Document Converted DOC ID: , Comments: | SUBPOENA DUCES TECUM JOLEENE CANDA-ALVAREZ       ***SUBPOENA SERVED 7/10/2019*** | All Case Parties | Attorney, Converted |
| 33 | 07/17/2019 | Document Converted DOC ID: , Comments: | ORIGINAL COPY CERTIFIED REGISTERED MAIL SERVICE SUPENA (SIC) TO JOLEENE CANDA ALVEREZ) CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 34 | 07/17/2019 | Document Converted DOC ID: , Comments: | ORIGINAL COPY CERTIFIED REGISTERED MAIL SERVICE SUPENA (SIC) TO NICOLE ACORDA CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 35 | 07/19/2019 | Document Converted DOC ID: , Comments: | ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT COUNTY OF HAWAI'I'S MOTION FOR AN ORDER REQUIRING PLAINTIFF TO POST SECURITY, FILED MAY 9, 2019 | All Case Parties | Heroldt, Lerisa Loretta |
| 36 | 07/23/2019 | Document Converted DOC ID: , Comments: | COUNTY DEFENDANTS' MOTION TO DISMISS COMPLAINT, FILED APRIL 22, 2019; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF LERISA L. HEROLDT; EXHIBITS"1"-"12"; NOTICE OF HEARING; CERTIFICATE OF SERVICE (HRG 8/12/19 AT 8:30 A.M. JUDGE KIM) | All Case Parties | Kamelamela, Joseph K. |

| | | | | | |
|---|---|---|---|---|---|
| 37 | 07/25/2019 | Document Converted DOC ID: , Comments: | OBJECTION TO DEFENDANTS MOTION TO DISMISS CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 38 | 07/25/2019 | Document Converted DOC ID: , Comments: | EXHIBITS A1: CIVIL DOCKET IN SUPPORT OF PLAINTIFF FILED ENTRIES/EXHIBIT B1: DEFENDANTS MOTION TO   DISMISS VIOLATES CIVIL PROCEDURE CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 39 | 07/26/2019 | Document Converted DOC ID: , Comments: | DEFENDANT FRANK MILLER'S SUBSTANTIVE JOINDER TO COUNTY DEFENDANTS' MOTION TO DISMISS COMPLAINT, FILED APRIL 22, 2019; CERTIFICATE OF SERVICE (HRG 8/12/19 AT 8:30 A.M. JUDGE KIM) (FILED EX-OFFICIO) | All Case Parties | Young, Calvin E. |
| 40 | 07/26/2019 | Document Converted DOC ID: , Comments: | PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION DISMISS/CIRCUIT COURT SUBJECT MATTER JURISDICTION CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 41 | 07/26/2019 | Document Converted DOC ID: , Comments: | PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION DISMISS/PLAINTIFFS STATEMENT OF CLAIM CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 42 | 08/01/2019 | Document Converted DOC ID: , Comments: | COUNTY DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION 12(C) FOR JUDGMENT ON THE   PLEADINGS, FILED MAY 13, 2019; CERTIFICATE OF SERVICE (HRG 8/12/19 AT 8:30 A.M. JUDGE KIM) | All Case Parties | Kamelamela, Joseph K. |
| 43 | 08/02/2019 | Document Converted DOC ID: , Comments: | DEFENDANT FRANK MILLER'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS; DECLARATION OF COUNSEL; EXHIBITS "A"; CERTIFICATE OF SERVICE (HRG 8/12/19 AT 8:30 A.M. JUDGE KIM) (FILED EX-OFFICIO) | All Case Parties | Young, Calvin E. |
| 44 | 08/06/2019 | Document Converted DOC ID: , Comments: | PLAINTIFF EXHIBIT A-J CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 45 | 08/06/2019 | Document Converted DOC ID: , Comments: | COUNTY DEFENDANTS' REPLY MEMORANDUM TO PLAINTIFF'S OBJECTION TO DEFENDANTS['] MOTION TO DISMISS, FILED JULY 25, 2019; CERTIFICATE OF SERVICE (HRG 8/12/19 AT 8:30 A.M. JUDGE KIM) | All Case Parties | Kamelamela, Joseph K. |

| 46 | 08/08/2019 | Document Converted DOC ID: , Comments: | PLAINTIFF OPPOSITION TO DEFENDANTS MOTION TO DISMISS AND HEREBY MOTION FOR SUMMARY JUDGMENT MOTION FOR SUMMARY JUDGEMENT [SIC] CERTIFICATE OF SERVICE *****FOR FURTHER ENTRIES, SEE FILE NO. 3***** | All Case Parties | Attorney, Converted |
|---|---|---|---|---|---|
| 47 | 08/12/2019 | Document Converted DOC ID: , Comments: | *****FOR PRIOR ENTRIES, SEE FILE NO. 2*****     AFFIRMATION OF SERVICE CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 48 | 08/12/2019 | Document Converted DOC ID: , Comments: | PLAINTIFFS AFFIDAVIT/AFFIRMATION IN OPPOSITION   TO DEFENDANTS MOTION TO DISMISS CERTIFICATE OF   SERVICE | All Case Parties | Attorney, Converted |

| 65 | 08/12/2019 | Minutes<br>1.PLAINTIFFS MOTION 12(C) FOR JUDGMENT ON THE PLEADINGS<br>2.COUNTY DEFENDANTS MOTION TO DISMISS<br> COMPLAINT FILED APRIL 22, 2019<br><br>-----------------------------------------------------------------------<br><br>PRESIDING JUDGE<br> ROBERT D.S. KIM<br>CLERK L. FURUTO<br>   APPEARANCES:<br>   PLAINTIFF COUNSEL N. RAQUINIO<br>   COUNTY<br> DEFENDANTS L. HERODLT<br>   COUNSEL FOR F. MILLER C. YOUNG<br>   DEFENDANT F. MILLER<br><br>DIGITAL<br> RECORDING CC3.19-132/<br> 2019-8-12/0832-0836<br><br>-----------------------------------------------------------------------<br><br> COURT: DID YOU RECEIVE THE DOCUMENTS THAT WERE FILED THIS MORNING<br>   HEROLDT: NO, NOTHING THAT WAS<br>FILED THIS MORNING<br>   RAQUINO PROVIDES A COPY<br> .<br>   COURT: I WILL GIVE YOU TIME TO RESPOND, IT<br> IS A LAST MINUTE FILING. I WILL CONTINUE THE MATTER FOR 5 DAYS. SUBMIT FINDINGS OF FACT<br> CONCLUSIONS OF LAW.<br>   COLLOQUY BETWEEN COURT AND HEROLDT<br> .<br>   COURT: FINDINGS DUE, FILE THE<br> RESPONSE DUE CLOSE OF BUSINESS AUGUST 26, 2019 | | NOE K RAQUINIO - Plaintiff | |

| | | | | | |
|---|---|---|---|---|---|
| 49 | 08/15/2019 | Document Converted DOC ID: , Comments: | COUNTY DEFENDANTS' RESPONSE TO PLAINTIFF'S AFFIDAVIT/AFFIRMATION IN OPPOSITION TO DEFENDANTS'MOTION TO DISMISS, FILED AUGUST 12, 2019; CERTIFICATE OF SERVICE | All Case Parties | Heroldt, Lerisa Loretta |
| 50 | 08/19/2019 | Document Converted DOC ID: , Comments: | MEMORANDUM IN SUPPORT OF FACTS AND CONCLUSIONS OF LAW CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 51 | 08/19/2019 | Document Converted DOC ID: , Comments: | AFFIRMATION OBJECTION TO ALL DEFENDANTS MEMORANDUMIN OPPOSITION TO DEFENDANTS MOTION CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 52 | 08/23/2019 | Document Converted DOC ID: , Comments: | SUBMISSION OF COUNTY DEFENDANTS' PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER   GRANTING COUNTY DEFENDANTS' MOTION TO DISMISS COMPLAINT, FILED APRIL 22, 2019, FILED JULY 23, 2019, AND DENYING PLAINTIFF'S MOTION 12(C) FOR JUDGMENT ON THE PLEADINGS, FILED MAY 13,    2019; CERTIFICATE OF SERVICE (HRG 8/12/19 AT 8:30 A.M. JUDGE KIM) | All Case Parties | Kamelamela, Joseph K. |
| 53 | 09/06/2019 | Document Converted DOC ID: , Comments: | PLAINTIFFS FINDING OF FACTS/ OPENING BRIEF CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 54 | 09/06/2019 | Document Converted DOC ID: , Comments: | PLAINTIFFS FINDING OF FACTS/ OPENING BRIEF CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 55 | 09/16/2019 | Document Converted DOC ID: , Comments: | PLAINTIFFS OBJECTION TO DEFENDANTS CONCLUSION OF  LAW AND PROPOSED ORDER CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 56 | 10/07/2019 | Document Converted DOC ID: , Comments: | UNDER RULE 56(C) PLAINTIFF MOTION FOR SUMMARY JUDGEMENT [SIC] CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 57 | 10/07/2019 | Document Converted DOC ID: , Comments: | UNDER RULE 56(C) PLAINTIFF MOTION FOR SUMMARY JUDGEMENT [SIC] MEMORANDUM OF LAW CERTIFICATE OF  SERVICE | All Case Parties | Attorney, Converted |
| 58 | 10/15/2019 | Document Converted DOC ID: , Comments: | FINDINGS OF FACTS, CONCLUSIONS OF LAW AND ORDER   DENYING PLAINTIFF'S MOTION FOR JUDGMENT ON THE   PLEADINGS | All Case Parties | Young, Calvin E. |

| 59 | 10/15/2019 | Document Converted DOC ID: , Comments: | FINDINGS OF FACTS, CONCLUSIONS OF LAW AND ORDER GRANTING COUNTY DEFENDANTS' MOTION TO DISMISS COMPLAINT, FILED APRIL 22, 2019, FILED JULY 23, 2019, AND DENYING PLAINTIFF'S MOTION 12(C) FOR JUDGMENT ON THE PLEADINGS, FILED MAY 18, 2019 | All Case Parties | Heroldt, Lerisa Loretta |
|---|---|---|---|---|---|
| 60 | 10/18/2019 | Document Converted DOC ID: , Comments: | MEMORANDUM IN SUPPORT OF CONCLUSION OF LAW; CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 61 | 10/18/2019 | Document Converted DOC ID: , Comments: | PLAINTIFFS OBJECTION TO DEFENDANTS ORDER; CERTIFICATE OF SERVICE | All Case Parties | Attorney, Converted |
| 63 | 10/23/2019 | Memorandum | 42-U.S.C. - 1983 Conclusion Memorandum of Law Certificate of Service | NOE K RAQUINIO - Plaintiff | RAQUINIO, NOE K |
| 66 | 10/30/2019 | Certificate of Service | CERTIFICATE OF SERVICE RE: PROPOSED FINDINGS OF FACTS, CONCLUSIONS OF LAW AND ORDER DENYING PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS FILED OCTOBER 15, 2019 | FRANK MILLER - Defendant | |
| 68 | 11/01/2019 | Objections | PLAINTIFF'S OBJECTION TO DEFENDANTS & MR. MILLER'S CONCLUSION OF LAW AND ORDER/PLAINTIFFS CLOSING STATEMENT; CERTIFICATE OF SERVICE | NOE K RAQUINIO - Plaintiff | RAQUINIO, NOE K |
| 70 | 11/05/2019 | Document | Plaintiffs Civil Recourse Constitutional Torts Points Of Authority Certificate Of Service | NOE K RAQUINIO - Plaintiff | RAQUINIO, NOE K |
| 72 | 11/12/2019 | Document | HAWAI'I PENAL PROCEDURE GRAND JURY INDICTMENTS; CERTIFICATE OF SERVICE  (SCRU-11-0000083) | NOE K RAQUINIO - Plaintiff | RAQUINIO, NOE K |
| 74 | 11/12/2019 | Motion for _____ | MOTION TO DISMISS INDICTMENT DEFETED GRAND JURY PROCEEDINGS; CERTIFICATE OF SERVICE | NOE K RAQUINIO - Plaintiff | RAQUINIO, NOE K |
| 76 | 11/12/2019 | Document | PLAINTIFFS MASTER EVIDENCE AND CONCLUSION; CERTIFICATE OF SERVICE | NOE K RAQUINIO - Plaintiff | RAQUINIO, NOE K |
| 78 | 11/18/2019 | Document | NOTICE OF RELATED CASE NO. 3CPC-17-0000008 | NOE K RAQUINIO - Plaintiff | RAQUINIO, NOE K |
| 80 | 11/18/2019 | Document | PLAINTIFFS DISPOSITION SUMMARY STATEMENT | NOE K RAQUINIO - Plaintiff | RAQUINIO, NOE K |

| 82 | 11/20/2019 | Document | Rule 58 Plaintiffs Entry For Judgment, Certificate of Service | NOE K RAQUINIO - Plaintiff | RAQUINIO, NOE K |
|---|---|---|---|---|---|
| 84 | 11/20/2019 | Proposed Judgment | | NOE K RAQUINIO - Plaintiff | RAQUINIO, NOE K |
| 86 | 11/21/2019 | Statement of _____ | Olney Roys Statement, Certificate Of Service | NOE K RAQUINIO - Plaintiff | RAQUINIO, NOE K |
| 88 | 11/25/2019 | Notice of Hearing<br>/* Docket code CS was updated to docket code NOH on 11/25/2019 by userid J3DKNCTHMC to correct Clerical / Data Entry Correction */ | Notice Of Hearing<br>Certificate Of Service | NOE K RAQUINIO - Plaintiff | RAQUINIO, NOE K |
| 90 | 11/25/2019 | Notice of Correction<br>/* Docket code CS was updated to docket code NOH on 11/25/2019 by userid J3DKNCTHMC to correct Clerical / Data Entry Correction */ | | NOE K RAQUINIO - Plaintiff | |
| 91 | 11/25/2019 | Statement of _____ | Plaintiffs' Eye Witness Statement By Jobi Canda, Certificate Of Service | NOE K RAQUINIO - Plaintiff | RAQUINIO, NOE K |
| 93 | 11/25/2019 | Notice of Hearing | Notice Of Hearing In Reference To Plaintiffs Summary Judgment Filed May 8th 2019; Certificate Of Service | NOE K RAQUINIO - Plaintiff | RAQUINIO, NOE K |
| 95 | 11/29/2019 | Objections | PLAINTIFFS OBJECTION TO DEFENDANTS FINAL ORDER FOR JUDGEMENT<br>CERTIFICATE OF SERVICE | NOE K RAQUINIO - Plaintiff<br> COUNTY OF HAWAII - Defendant<br> HAWAII POLICE DEPARTMENT - Defendant<br>MARCO SEGOBIA - Defendant<br>JEREMY LEWIS - Defendant<br>EDWARD LEWIS - Defendant<br>KYLE HIRAYAMA - Defendant<br>MICHAEL HARDIE - Defendant<br>SEAN SMITH - Defendant<br>FRANK MILLER - Defendant | RAQUINIO, NOE K |

| 97 | 12/04/2019 | Notice-Submission EFile Document upload of type Notice-Submission | DEFENDANTS NOTICE OF SUBMISSION OF FINAL JUDGMENT; EXHIBIT A ; CERTIFICATE OF SERVICE | COUNTY OF HAWAII - Defendant HAWAII POLICE DEPARTMENT - Defendant JEREMY LEWIS - Defendant EDWARD LEWIS - Defendant MARCO SEGOBIA - Defendant KYLE HIRAYAMA - Defendant SEAN SMITH - Defendant MICHAEL HARDIE - Defendant | LEWIS, EDWARD, LEWIS, JEREMY, COUNTY OF HAWAII, HARDIE, MICHAEL, HAWAII POLICE DEPARTMENT, SMITH, SEAN, HIRAYAMA, KYLE, SEGOBIA, MARCO |
|---|---|---|---|---|---|
| 99 | 12/04/2019 | Proposed Judgment EFile Document upload of type Proposed Judgment | FINAL JUDGMENT | COUNTY OF HAWAII - Defendant HAWAII POLICE DEPARTMENT - Defendant JEREMY LEWIS - Defendant EDWARD LEWIS - Defendant MARCO SEGOBIA - Defendant KYLE HIRAYAMA - Defendant SEAN SMITH - Defendant MICHAEL HARDIE - Defendant | HAWAII POLICE DEPARTMENT, SEGOBIA, MARCO, LEWIS, JEREMY, LEWIS, EDWARD, HIRAYAMA, KYLE, HARDIE, MICHAEL, SMITH, SEAN, COUNTY OF HAWAII |
| 101 | 12/05/2019 | Objections | Plaintiffs Objection To Defendants Proposed Final Judgment/Plaintiffs Errata Point Of Authority For Summary Judgment, Certificate Of Service | NOE K RAQUINIO - Plaintiff | RAQUINIO, NOE K |
| 103 | 12/05/2019 | Exhibit | Plaintiffs Exhibit AA Federal Judge Order By Susan Oki Mollway, Certificate Of Service | NOE K RAQUINIO - Plaintiff | RAQUINIO, NOE K |
| 105 | 12/05/2019 | Exhibit | Plaintiffs Exhibit BB Hawaii Constituion (sic) Bill Of Rights, Certificate Of Service | NOE K RAQUINIO - Plaintiff | RAQUINIO, NOE K |

| | | | | | |
|---|---|---|---|---|---|
| 107 | 12/06/2019 | Memorandum in Opposition<br>EFile Document upload of type Memorandum in Opposition | COUNTY DEFENDANTS MEMORANDUM IN OPPOSITION TO (1) PLAINTIFF MOTION FOR SUMMARY JUDGEMENT, FILED MAY 8, 2019, AND (2) MEMORANDUM OF FACT SUPPORTED BY LAW PLAINTIFFS MOTION FOR JUDGMENT, FILED MAY 8, 2019; CERTIFICATE OF SERVICE | COUNTY OF HAWAII - Defendant<br>HAWAII POLICE DEPARTMENT - Defendant<br>MARCO SEGOBIA - Defendant<br>JEREMY LEWIS - Defendant<br>EDWARD LEWIS - Defendant<br>KYLE HIRAYAMA - Defendant<br>MICHAEL HARDIE - Defendant<br>SEAN SMITH - Defendant | LEWIS, JEREMY, SEGOBIA, MARCO, HAWAII POLICE DEPARTMENT, COUNTY OF HAWAII, LEWIS, EDWARD, HIRAYAMA, KYLE, HARDIE, MICHAEL, SMITH, SEAN |
| 109 | 12/06/2019 | Memorandum in Opposition<br>EFile Document upload of type Memorandum in Opposition | Defendant Frank Miller's Memorandum in Opposition to Plaintiff's Motion for Summary Judgment Filed on May 8, 2019; Declaration of Counsel; Exhibit "1"; Certificate of Service | FRANK MILLER - Defendant | MILLER, FRANK |
| 110 | 12/06/2019 | Declaration<br>EFile Document upload of type Declaration | Declaration of Counsel | FRANK MILLER - Defendant | MILLER, FRANK |
| 111 | 12/06/2019 | Exhibit<br>EFile Document upload of type Exhibit | Exhibit "I" | FRANK MILLER - Defendant | MILLER, FRANK |
| 112 | 12/06/2019 | Certificate of Service<br>EFile Document upload of type Certificate of Service | Certificate of Service for Memorandum in Opposition to Plaintiff's Motion for Summary Judgment Filed on May 9, 2019; Declaration of Counsel; Exhibit "1"; Certificate of Service | FRANK MILLER - Defendant | MILLER, FRANK |
| 114 | 12/09/2019 | Document | Sealed | NOE K RAQUINIO - Plaintiff | |
| 116 | 12/09/2019 | Document | Sealed | NOE K RAQUINIO - Plaintiff | |
| 118 | 12/09/2019 | Objections | PLAINTIFFS OBJECTION TO DEFENDANT MR. MILLER'S MEMORANDUM IN OPPOSITION TO PLAINTIFF SUMMARY JUDGMENT; CERTIFICATE OF SERVICE | NOE K RAQUINIO - Plaintiff | |
| 120 | 12/09/2019 | Document | FRANK MILLERS MOTION TO SUPPRESS EVIDENCE AND STATEMENTS/DECLARATION; EXHIBIT CC; CERTIFICATE OF SERVICE | NOE K RAQUINIO - Plaintiff | |
| 122 | 12/09/2019 | Document | PLAINTIFFS SUPPORTING BRIEF FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE | NOE K RAQUINIO - Plaintiff | |

| 124 | 12/13/2019 | Objections | PLAINTIFF OBJECTION TO COUNTY DEFENDANTS OPPOSITION AGAINST PLAINTIFFS SUMMARY JUDGENT CERTIFICATE OF SERVICE | NOE K RAQUINIO - Plaintiff<br>COUNTY OF HAWAII - Defendant<br>HAWAII POLICE DEPARTMENT - Defendant<br>MARCO SEGOBIA - Defendant<br>JEREMY LEWIS - Defendant<br>EDWARD LEWIS - Defendant<br>KYLE HIRAYAMA - Defendant<br>MICHAEL HARDIE - Defendant<br>SEAN SMITH - Defendant<br>FRANK MILLER - Defendant | RAQUINIO, NOE K |
|---|---|---|---|---|---|
| 126 | 12/13/2019 | Declaration | DECLARATION OF NOE RAQUINIO CERTIFICATE OF SERVICE | NOE K RAQUINIO - Plaintiff<br>COUNTY OF HAWAII - Defendant<br>HAWAII POLICE DEPARTMENT - Defendant<br>MARCO SEGOBIA - Defendant<br>JEREMY LEWIS - Defendant<br>EDWARD LEWIS - Defendant<br>KYLE HIRAYAMA - Defendant<br>MICHAEL HARDIE - Defendant<br>SEAN SMITH - Defendant<br>FRANK MILLER - Defendant | RAQUINIO, NOE K |
| 128 | 12/16/2019 | Document | Plaintiffs Final Point Of Authority For Summary Judgment, Certificate Of Service | NOE K RAQUINIO - Plaintiff | RAQUINIO, NOE K |

| 136 | 12/16/2019 | Minutes<br><br>MOTION FOR SUMMARY JUDGMENT<br><br>PRESIDING JUDGE: ROBERT D.S. KIM<br>CLERK: E. NAHAKUELUA/N. LOO<br>APPEARANCES:<br>PLAINTIFF: PRO SE<br>DEPUTY CORPORATION COUNSEL: L. HEROLDT via telephone<br>COUNSEL DEFENDANT: C. ST. SURE FOR DEFENDANT F. MILLER<br><br>CC.3 19   12-16-2019<br> 3:01  3:03<br>------------------------------------------------------------------<br>COURT AT THE LAST HEARING COURT GRANTED THE MOTION TO DISMISS BUT DUE TO A DELAY OF THE NOTICES OF SUBMISSION, COURT HAVE NOT SIGNED IT YET THAT TIME HAS ELASPED AND WILL SIGN THEIR ORDER.  BY SIGNING THE ORDER THAT DISMISSS THE CASE.  BASED ON THE COURTS PRIOR ORAL RULING GRANTING THE MOTION TO DISMISS, COURT FINDS THE SUMMARY JUDGMENT IS MOOT AND THEREFORE DENY THE SAME AND SIGNED THE DEFT ORDERS REGARDING FINAL JUDGMENT | | NOE K RAQUINIO - Plaintiff<br>Lerisa L Heroldt - Attorney<br>Calvin E Young - Attorney | |

| | | | | | |
|---|---|---|---|---|---|
| 130 | 12/18/2019 | Order Denied | ORDER DENYING PLAINTIFF MOTION FOR SUMMARY JUDGMENT, FILED MAY 8, 2019 | NOE K RAQUINIO - Plaintiff<br> COUNTY OF HAWAII - Defendant<br> HAWAII POLICE DEPARTMENT - Defendant<br>MARCO SEGOBIA - Defendant<br>JEREMY LEWIS - Defendant<br>EDWARD LEWIS - Defendant<br>KYLE HIRAYAMA - Defendant<br>MICHAEL HARDIE - Defendant<br>SEAN SMITH - Defendant<br>FRANK MILLER - Defendant | |
| 132 | 12/18/2019 | Final Judgment | FINAL JUDGMENT | NOE K RAQUINIO - Plaintiff<br> COUNTY OF HAWAII - Defendant<br> HAWAII POLICE DEPARTMENT - Defendant<br>MARCO SEGOBIA - Defendant<br>JEREMY LEWIS - Defendant<br>EDWARD LEWIS - Defendant<br>KYLE HIRAYAMA - Defendant<br>MICHAEL HARDIE - Defendant<br>SEAN SMITH - Defendant<br>FRANK MILLER - Defendant | |