Noe Raquinio

P.o.Bpox 383444

Waikoloa Hi 96738

## IN THE UNITED STATES FEDERAL COURT

## DISTRICT OF HAWAII

| | | |
|---|---|---|
| Noe Raquinio | ) | <u>CIVIL NO. 21-CV-000255-LEK-WRP</u> |
| Plaintiff, | ) | <u>PLAINTIFFS MOTION TO DISMISS</u> |
| | ) | <u>DUE TO CONFLICT OF INTEREST</u> |
| | ) | <u>IN RELATION TO DEFENDANTS</u> |
| vs. | ) | <u>CONSIECE STATEMENT</u> |
| | ) | <u>MEMORANDUM OF LAW</u> |
| | ) | <u>CERTIFICATE OF SERVICE</u> |
| | ) | |
| KCA,COH,OFFICER C. Derasin | ) | |
| Defendant, | ) | |
| _____ | ) | |

1

## PLAINTIFFS MOTION TO DISMISS DUE TIO CONFLICT OF INTEREST IN RELATION TO DEFENDANTS

I plaintiff MOTION TO DISMISS THIS CASE WITHOUT PREJUDICE using FEDERAL CIVIL PROCEDURE RULE § 776.26 Conflict of interest. At this time I move this court to dismiss this case for the above clearly stated. Supported by a concise statement along with a memorandum of law.

### CONCISE STATEMENT

At this time there is a conflict between personal relations, I will not disclose nor provide in detail, to protect individual anonymity in respect to matters that are personal to me in respect to relations therefore Its in my best interest to do so, because im trying to simplify my life and free it from negative situations and negative outcomes, unfortunately I only learned about this threw the discovery process. I must make my self clear on the value of this case, this is a million dollar case. This matter should of never have never been brought to court. This is a insurance matter not a court matter. I only care about fixing my broken

2

back and that can be solved threw the insurance adjuster. In light most favorable to the injured party this serious request should be expressed to the other side threw this court to avoid any further matters and to basically not waist this court time.

## MEMORANDUM OF LAW

The **General rule here is layout in this memorandum of law pertaining to confl;ict of interest in support of plaintiff motion to dismiss.**

**(a)** Except as provided by paragraph (b) of this section, a covered attorney shall not represent a client if the representation of that client involves a concurrent conflict of interest. A concurrent conflict of interest exists if:

**(1)** The representation of one client will be directly adverse to another client; or

**(2)** There is a significant risk that the representation of one or more clients will be materially limited by the covered attorney's responsibilities to another client, a former client or a third person or by a personal interest of the covered attorney.

**(b)** Notwithstanding the existence of a concurrent conflict of interest under paragraph (a)of this section, a covered attorney may represent a client if:

**(1)** The covered attorney reasonably believes that the covered attorney will be able to provide competent and diligent representation to each affected client;

**(2)** The representation is not prohibited by law or regulation;

3

**(3)** The representation does not involve the assertion of a claim by one client against another client represented by the covered attorney in the same litigation or other proceeding before a tribunal; and

**(4)** Each affected client gives informed consent, confirmed in writing.

**(c)** These conflict-of-interest rules apply to Reservists only while they are actually drilling or on active-duty-for-training, or, as is the case with Retirees, on extended active-duty or when performing other duties subject to JAG supervision. Therefore, unless otherwise prohibited by criminal conflict-of-interest statutes, Reserve or Retired attorneys providing legal services in their civilian capacity may represent clients, or work in firms whose attorneys represent clients, with interests adverse to the United States. Reserve judge advocates who, in their civilian capacities, represent persons whose interests are adverse to the DoN will provide written notification to their supervisory attorney and commanding officer, detailing their involvement in the matter. Reserve judge advocates shall refrain from undertaking any official action or representation of the DoN with respect to any particular matter in which they are providing representation or services to other clients.

DATE: 1/31/2021              SIGN: _____

                                                                Noe Raquinio

                                                                P.o.Box 383444

                                                                Waikoloa hi 96738

                                                                808-319-0026

## CERTIFICATE OF SERVICE

I, Noe Raquinio , do hereby certify that all documents are originals therefore as filed and entered of record in the above -captioned proceedings , and are available in electronic format and accessible through the cCFM Management System.

DATE: 1/31/2022             SIGN: _____

Noe Raquinio

P.o.Box 383444

Waikoloa hi 96738

808-319-0026